IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| | : | Criminal Number: 13-523 |
| vs. | : | |
| | : | |
| ODELL DEBOSE | : | |

### ORDER

AND NOW, this 21st day of FEB, 2014, it is hereby ORDERED and DECREED that Defendant, Odell Debose's Motion to Join Co-Defendant Andre Gordon's Motion for Extension of Time for Sixty (60) Days is hereby granted and that a date will be set for Trial for both Defendants within sixty days consistent with the Court's calendar.

The Honorable Nitza I. Quinones Alejandro
United States District Judge

Copies - Counsel
Defendant
Speedy Trial